## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                   :
   Scott D. Burnside               :
                                           : Bankruptcy No: 18-16645-jkf

### ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
### FOR REMITTANCE TO STANDING TRUSTEE

To the Debtor's Employer:

The future earnings of the Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED, that the employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of:

$190.00 weekly

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

**Date: September 12, 2019**

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Make check payable to:
Scott Waterman, Esquire
PO Box 680
Memphis TN 38101-0680

Payroll Controller
Harry Miller Corp
4309 N. Lawrence Street
Philadelphia PA 19140