United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-16645-jkf
Scott D Burnside Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Randi Page 1 of 1 Date Rcvd: Sep 12, 2019
 Form ID: pdf900 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db        +Scott D Burnside,    6018 North Lambert Street,    Philadelphia, PA 19138-2431
        +Harry Miller Corp.,    Payroll Controller,    4309 N. Lawrence St.,    Phila., PA 19140-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
        ERIK B. JENSEN    on behalf of Debtor Scott D Burnside akeem@jensenbagnatolaw.com,
         gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
         ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                                                TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    Scott D. Burnside                       :
                                            : Bankruptcy No: 18-16645-jkf

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

To the Debtor's Employer:

    The future earnings of the Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

    IT IS THEREFORE ORDERED, that the employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of:

$190.00 weekly

    The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

**Date: September 12, 2019**

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Make check payable to:
Scott Waterman, Esquire
PO Box 680
Memphis TN 38101-0680

Payroll Controller
Harry Miller Corp
4309 N. Lawrence Street
Philadelphia PA 19140