UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

|   |   |   |
|---|---|---|
| IN RE: | Scott Burnside | : |
|   |   | : CHAPTER 13 |
|   |   | : |
|   |   | : |
|   |   | : CASE NO 18-16645-jkf |

_____

## NOTICE OF MOTION TO DETERMINE VALUE

Debtor, Scott Burnside, through his attorney, Erik B. Jensen, Esquire, has filed a Motion to Determine Value.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

1.   If you do not want the court to eliminate or change your claim, then on or before January 7, 2014. You or your attorney must:

   a.   File with the court a written response to the objection, explaining your position at

> Office of the Clerk
> United States Bankruptcy Court
> 900 Market Street
> 4th Floor
> Philadelphia, PA 19107

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above; and

   b.   You must also mail a copy to:

> Erik B. Jensen, Esquire
> Law Offices of Erik B. Jensen, P.C.
> 1500 Walnut Street, Ste 1920
> Philadelphia, PA 19102
> Phone No. (215) 546-4700
> Fax No. (215) 546-7440

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may decide that you do not oppose the objection to your claim.

       3.      Attend the hearing on the Objection is scheduled to be held before the **Honorable Jean K. FitzSimon on December 11, 2019  at 9:30 am in Courtroom #3 United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**

       4.      If a copy of the Objection is not enclosed, a copy of the objection will be provided to you if you request a copy from the attorney name in paragraph 1(b).

       5.      You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.