IN THE UNITED STATES BANKRUPRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re                                                                    : CHAPTER 13

    Scott D. Burnside                              : BANKRUPTCY NO.:  18-16645-jkf

PRAECIPE TO WITHDRAW

Kindly withdraw the Motion to Determine Value filed on November 7, 2019.

                                     Respectfully submitted,

                                     /s/ERIK B. JENSEN,

Date: 1/15/2020                     ERIK B. JENSEN, ESQUIRE