**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re: Scott Burnside

Chapter 13

Bky No. 18-16645-jkf

Debtor.

**ORDER**

**AND NOW,** this _____ day of _____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C.**,** counsel for debtors and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,500.00 less $1,135.00 already paid with a remaining balance of $2,365.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

**Date: February 12, 2020**                    _____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

CC:    Jensen Bagnato, P.C.
       **ERIK B. JENSEN, ESQUIRE**
       **1500 Walnut Street**
       **Suite 1920**
       **Philadelphia, PA   19102**

       Scott Waterman, Esquire
       Chapter 13 Trustee
       2901 St. Lawrence Ave.
       Suite 100
       Reading, PA 19606
       ******************************************