United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott D Burnside  
    Debtor

Case No. 18-16645-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Mar 10, 2020  
                                 Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14245790      E-mail/Text: bankruptcy.bnc@ditech.com Mar 11 2020 03:01:36     DiTech Financial LLC,  
      P.O. Box 6154,   Rapid City, SD 57709-6154  
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:  
      ERIK B. JENSEN   on behalf of Debtor Scott D Burnside akeem@jensenbagnatolaw.com,  
       camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
      JEROME B. BLANK   on behalf of Creditor   New Residential Mortgage LLC paeb@fedphe.com  
      JEROME B. BLANK   on behalf of Creditor   NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paeb@fedphe.com  
      KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
      KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
      MARIO J. HANYON   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com  
      POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
      REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   New Residential Mortgage LLC paeb@fedphe.com  
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                    TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16645-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Scott D Burnside
6018 North Lambert Street
Philadelphia PA 19138

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/09/2020.

Name and Address of Alleged Transferor(s):

Claim No. 4: DiTech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10826
GREENVILLE, SC 29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/12/20

Tim McGrath
**CLERK OF THE COURT**