**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| SCOTT D BURNSIDE | : | BK. No. 18-16645-jkf |
| Debtor | : | |
| | : | Chapter No. 13 |
| NEW RESIDENTIAL MORTGAGE LLC | : | |
| Movant | : | |
| v. | : | |
| SCOTT D BURNSIDE | : | |
| SHEILA HULL FREEMAN (NON-FILING CO-DEBTOR) | : | 11 U.S.C. §362 AND §1301 |
| Respondents | : | |

**ORDER**

AND NOW, this 21st day of May, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**JEAN K. FITZSIMON**,
**Bankruptcy Judge**

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

ERIK B. JENSEN
JENSEN BAGNATO, PC
1500 WALNUT ST.
SUITE 1920
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

SCOTT D BURNSIDE
6018 NORTH LAMBERT STREET
PHILADELPHIA, PA 19138

SHEILA HULL FREEMAN (NON-FILING CO-DEBTOR)
6018 N LAMBERT ST
PHILADELPHIA, PA 19138

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103