United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16645-jkf
Scott D Burnside                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: TashaD              Page 1 of 1           Date Rcvd: May 21, 2020
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db             +Scott D Burnside,    6018 North Lambert Street,    Philadelphia, PA 19138-2431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
      ERIK B. JENSEN    on behalf of Debtor Scott D Burnside akeem@jensenbagnatolaw.com,
       camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
       com;jensener79956@notify.bestcase.com
      JEROME B. BLANK    on behalf of Creditor    New Residential Mortgage LLC paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
       paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    New Residential Mortgage LLC paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
                                                                                          TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| SCOTT D BURNSIDE | : BK. No. 18-16645-jkf |
| **Debtor** | : |
| | : Chapter No. 13 |
| NEW RESIDENTIAL MORTGAGE LLC | : |
| **Movant** | : |
| v. | : |
| SCOTT D BURNSIDE | : |
| SHEILA HULL FREEMAN (NON-FILING CO-DEBTOR) | : 11 U.S.C. §362 AND §1301 |
| **Respondents** | : |

## ORDER

AND NOW, this 21st day of May, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**JEAN K. FITZSIMON**,
**Bankruptcy Judge**

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

ERIK B. JENSEN
JENSEN BAGNATO, PC
1500 WALNUT ST.
SUITE 1920
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

SCOTT D BURNSIDE
6018 NORTH LAMBERT STREET
PHILADELPHIA, PA 19138

SHEILA HULL FREEMAN (NON-FILING CO-DEBTOR)
6018 N LAMBERT ST
PHILADELPHIA, PA 19138

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103