| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-16645-AMC

SCOTT D  BURNSIDE  
6018 NORTH LAMBERT STREET  
PHILADELPHIA  PA    19138

Petition Filed Date: 10/04/2018  
341 Hearing Date: 11/30/2018  
Confirmation Date: 02/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $137.50 | 6151744 | 01/15/2019 | $137.50 | 5809564 | 01/22/2019 | $137.50 | 6168981 |
| 01/25/2019 | $137.50 | 5827245 | 02/01/2019 | $137.50 | 5843608 | 02/08/2019 | $137.50 | 6190456 |
| 02/15/2019 | $137.50 | 5861013 | 02/22/2019 | $137.50 | 6210546 | 03/04/2019 | $137.50 | 5879778 |
| 03/11/2019 | $137.50 | 6230333 | 03/18/2019 | $137.50 | 5897861 | 03/22/2019 | $137.50 | 6250431 |
| 03/29/2019 | $137.50 | 5916159 | 04/09/2019 | $137.50 | 6269582 | 04/12/2019 | $137.50 | 5934890 |
| 04/22/2019 | $137.50 | 6287587 | 04/26/2019 | $137.50 | 5955216 | 05/03/2019 | $137.50 | 5972165 |
| 05/10/2019 | $137.50 | 6305985 | 05/20/2019 | $137.50 | 5991337 | 05/24/2019 | $137.50 | 6325597 |
| 06/03/2019 | $137.50 | HARRY MIL 45 | 06/07/2019 | $137.50 | 6362448 | 06/18/2019 | $137.50 | 6009242 |
| 06/24/2019 | $137.50 | 6382108 | 06/28/2019 | $137.50 | 6027637 | 07/08/2019 | $137.50 | 6045499 |
| 07/12/2019 | $137.50 | 6402965 | 07/23/2019 | $137.50 | 6419827 | 07/26/2019 | $137.50 | 6066059 |
| 08/05/2019 | $137.50 | 6437694 | 08/09/2019 | $137.50 | 6084441 | 08/16/2019 | $137.50 | 6456972 |
| 08/26/2019 | $137.50 | 6103334 | 08/30/2019 | $137.50 | 6475084 | 09/09/2019 | $137.50 | 6123480 |
| 09/13/2019 | $137.50 | 6493208 | 09/20/2019 | $137.50 | 6142643 | 09/27/2019 | $137.50 | 6512654 |
| 10/04/2019 | $190.00 | 6169209 | 10/11/2019 | $190.00 | 6541505 | 10/23/2019 | $190.00 | 6187668 |
| 10/25/2019 | $190.00 | 6559055 | 11/01/2019 | $190.00 | 6207765 | 11/12/2019 | $190.00 | 6226430 |
| 11/15/2019 | $190.00 | 6578729 | 11/22/2019 | $190.00 | 6246660 | 12/03/2019 | $190.00 | 6597723 |
| 12/09/2019 | $190.00 | 6267079 | 12/13/2019 | $190.00 | 6615816 | 12/26/2019 | $190.00 | 6286547 |
| 12/30/2019 | $190.00 | 6635893 | 01/07/2020 | $190.00 | 6301820 | 01/13/2020 | $190.00 | 6654644 |
| 01/17/2020 | $190.00 | 6323495 | 01/28/2020 | $190.00 | 6675345 | 01/31/2020 | $190.00 | 6341343 |
| 02/10/2020 | $190.00 | 6694902 | 02/14/2020 | $190.00 | 6712606 | 02/21/2020 | $190.00 | 6362904 |
| 02/28/2020 | $190.00 | 6731469 | 03/09/2020 | $190.00 | 6383248 | 03/13/2020 | $190.00 | 6751312 |
| 03/23/2020 | $190.00 | 6403384 | 03/27/2020 | $190.00 | 6771285 | 04/03/2020 | $190.00 | 6421286 |
| 04/10/2020 | $190.00 | 6787759 | 04/20/2020 | $190.00 | 6437422 | 04/24/2020 | $190.00 | 6802914 |
| 04/30/2020 | $190.00 | 6815448 | 05/12/2020 | $190.00 | 6451875 | 05/18/2020 | $190.00 | 6827622 |
| 05/26/2020 | $190.00 | 6840420 | 06/01/2020 | $190.00 | 6465813 | 06/11/2020 | $190.00 | 6853075 |
| 06/15/2020 | $190.00 | 6478601 | 06/19/2020 | $190.00 | 6490303 | 06/26/2020 | $190.00 | 6503367 |
| 07/06/2020 | $190.00 | 6866579 | 07/10/2020 | $190.00 | 6878200 | 07/17/2020 | $190.00 | 6517334 |
| 07/24/2020 | $190.00 | 6891201 | 07/31/2020 | $190.00 | 6529937 | 08/07/2020 | $190.00 | 6903777 |

Total Receipts for the Period:  $13,912.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $14,875.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $51.87 | $51.87 | $0.00 |

**Chapter 13 Case No. 18-16645-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $2.45 | $0.00 | $2.45 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 02U | Unsecured Creditors | $3,502.10 | $0.00 | $3,502.10 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $104.46 | $0.00 | $104.46 |
| 6 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $29,334.98 | $10,414.44 | $18,920.54 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $28,871.24 | $0.00 | $28,871.24 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $43.99 | $15.61 | $28.38 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $2,365.00 | $2,365.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,875.00 | Current Monthly Payment: | $760.00 |
| Paid to Claims: | $12,846.92 | Arrearages: | ($380.00) |
| Paid to Trustee: | $1,344.08 | Total Plan Base: | $35,775.00 |
| Funds on Hand: | $684.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.