| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-16645-AMC

SCOTT D  BURNSIDE
6018 NORTH LAMBERT STREET
PHILADELPHIA  PA     19138

Petition Filed Date: 10/04/2018
341 Hearing Date: 11/30/2018
Confirmation Date: 02/12/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $190.00 | 6301820 | 01/13/2020 | $190.00 | 6654644 | 01/17/2020 | $190.00 | 6323495 |
| 01/28/2020 | $190.00 | 6675345 | 01/31/2020 | $190.00 | 6341343 | 02/10/2020 | $190.00 | 6694902 |
| 02/14/2020 | $190.00 | 6712606 | 02/21/2020 | $190.00 | 6362904 | 02/28/2020 | $190.00 | 6731469 |
| 03/09/2020 | $190.00 | 6383248 | 03/13/2020 | $190.00 | 6751312 | 03/23/2020 | $190.00 | 6403384 |
| 03/27/2020 | $190.00 | 6771285 | 04/03/2020 | $190.00 | 6421286 | 04/10/2020 | $190.00 | 6787759 |
| 04/20/2020 | $190.00 | 6437422 | 04/24/2020 | $190.00 | 6802914 | 04/30/2020 | $190.00 | 6815448 |
| 05/12/2020 | $190.00 | 6451875 | 05/18/2020 | $190.00 | 6827622 | 05/26/2020 | $190.00 | 6840420 |
| 06/01/2020 | $190.00 | 6465813 | 06/11/2020 | $190.00 | 6853075 | 06/15/2020 | $190.00 | 6478601 |
| 06/19/2020 | $190.00 | 6490303 | 06/26/2020 | $190.00 | 6503367 | 07/06/2020 | $190.00 | 6866579 |
| 07/10/2020 | $190.00 | 6878200 | 07/17/2020 | $190.00 | 6517334 | 07/24/2020 | $190.00 | 6891201 |
| 07/31/2020 | $190.00 | 6529937 | 08/07/2020 | $190.00 | 6903777 | 08/14/2020 | $190.00 | 6542472 |
| 08/21/2020 | $190.00 | 6917141 | 08/28/2020 | $190.00 | 6555457 | 09/04/2020 | $190.00 | 6929158 |
| 09/15/2020 | $190.00 | 6570026 | 09/18/2020 | $190.00 | 6941524 | 09/25/2020 | $190.00 | 6582874 |
| 10/02/2020 | $190.00 | 6595063 | 10/09/2020 | $190.00 | 6957789 | 10/16/2020 | $190.00 | 6608939 |
| 10/26/2020 | $190.00 | 6971676 | 10/30/2020 | $190.00 | 6622326 | 11/06/2020 | $190.00 | 6986634 |
| 11/13/2020 | $190.00 | 6636556 | 11/20/2020 | $190.00 | 367 | 11/30/2020 | $190.00 | 6653419 |
| 12/04/2020 | $190.00 | 7015245 | 12/11/2020 | $190.00 | 6668824 | 12/18/2020 | $190.00 | 7029943 |
| 12/28/2020 | $190.00 | 6683486 | 01/04/2021 | $190.00 | 6697252 | 01/08/2021 | $190.00 | 7046946 |
| 01/19/2021 | $190.00 | 6710995 | 01/22/2021 | $190.00 | 7062828 | 01/29/2021 | $190.00 | 6724868 |
| 02/05/2021 | $190.00 | 7078147 | 02/12/2021 | $190.00 | 6739542 | 03/01/2021 | $190.00 | 6755192 |
| 03/02/2021 | $190.00 | 7092568 | 03/09/2021 | $190.00 | 6771742 | 03/12/2021 | $190.00 | 7108552 |
| 03/22/2021 | $190.00 | 6787076 | 03/26/2021 | $190.00 | 7125498 | 04/05/2021 | $190.00 | 6802650 |
| 04/09/2021 | $190.00 | 7141640 | 04/16/2021 | $190.00 | 6818994 | 04/23/2021 | $190.00 | 7157739 |
| 04/30/2021 | $190.00 | 6834370 | 05/07/2021 | $190.00 | 7174548 | 05/17/2021 | $190.00 | 6850084 |
| 05/21/2021 | $190.00 | 7190979 | 06/01/2021 | $190.00 | 6865677 | 06/08/2021 | $190.00 | 7206849 |

**Total Receipts for the Period: $14,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,045.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $51.87 | $51.87 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $2.45 | $0.00 | $2.45 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---:|---:|---:|
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 02U | Unsecured Creditors | $16,353.02 | $0.00 | $16,353.02 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $104.46 | $0.00 | $104.46 |
| 6 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $29,334.98 | $18,274.35 | $11,060.63 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $28,871.24 | $0.00 | $28,871.24 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $43.99 | $15.61 | $28.38 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $2,365.00 | $2,365.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---:|---|---|---:|
| Total Receipts: | $23,045.00 | | Current Monthly Payment: | $760.00 |
| Paid to Claims: | $20,706.83 | | Arrearages: | ($950.00) |
| Paid to Trustee: | $1,984.38 | | Total Plan Base: | $35,775.00 |
| Funds on Hand: | $353.79 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.