**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-16645** |
| **Scott D Burnside** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney enters their appearance as counsel for Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Adam B. Hall
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Authorized Agent for Creditor
    Contact email is amps@manleydeas.com

22-002398_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 18-16645 |
| **Scott D Burnside** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Erik B. Jensen, Attorney for Scott D Burnside, erik@jensenbagnatolaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Scott D Burnside, 6018 North Lambert Street, Philadelphia, PA  19138

Sheila Hull Freeman, 6018 N Lambert St, Philadelphia, PA  19138

/s/ Adam B. Hall

22-002398_PS