**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| **Scott Burnside** | : Chapter 13 |
| | : |
| | : Bankruptcy No: 18-16645-amc |

**O R D E R**

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $30,265.00 has been paid to the Trustee and the Debtor shall pay $765.00 per month for the remaining 20 months for a total base amount of $35,765.00 and the Modified Plan ~~attached hereto as Exhibit "A"~~ shall be the new plan.

**Date: April 6, 2022**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE