United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16645-amc |
| Scott D Burnside | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Scott D Burnside, 6018 North Lambert Street, Philadelphia, PA 19138-2431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

**Name**      **Email Address**

ADAM BRADLEY HALL
    on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com

ERIK B. JENSEN
    on behalf of Debtor Scott D Burnside erik@jensenbagnatolaw.com
    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEROME B. BLANK
    on behalf of Creditor New Residential Mortgage LLC paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paeb@fedphe.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Of Sutton Funding  LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor New Residential Mortgage LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :
Scott Burnside                        : Chapter 13
                                      :
                                      : Bankruptcy No: 18-16645-amc

**O R D E R**

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED that the Debtor's confirmed plan is modified to reflect that $30,265.00 has been paid to the Trustee and the Debtor shall pay $765.00 per month for the remaining 20 months for a total base amount of $35,765.00 and the Modified Plan ~~attached hereto as Exhibit "A"~~ shall be the new plan.

**Date: April 6, 2022**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE