| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-16645-AMC

SCOTT D  BURNSIDE  
6018 NORTH LAMBERT STREET  
PHILADELPHIA  PA    19138

Petition Filed Date: 10/04/2018  
341 Hearing Date: 11/30/2018  
Confirmation Date: 02/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $190.00 | 6802650 | 04/09/2021 | $190.00 | 7141640 | 04/16/2021 | $190.00 | 6818994 |
| 04/23/2021 | $190.00 | 7157739 | 04/30/2021 | $190.00 | 6834370 | 05/07/2021 | $190.00 | 7174548 |
| 05/17/2021 | $190.00 | 6850084 | 05/21/2021 | $190.00 | 7190979 | 06/01/2021 | $190.00 | 6865677 |
| 06/08/2021 | $190.00 | 7206849 | 06/22/2021 | $190.00 | 7222244 | 06/28/2021 | $190.00 | 6881127 |
| 06/28/2021 | $190.00 | 6896342 | 07/02/2021 | $190.00 | 7239033 | 07/13/2021 | $190.00 | 6913433 |
| 07/16/2021 | $190.00 | 7253483 | 07/26/2021 | $190.00 | 6929369 | 07/30/2021 | $190.00 | 7268304 |
| 08/09/2021 | $190.00 | 6945621 | 08/16/2021 | $190.00 | 6959624 | 08/23/2021 | $190.00 | 7284582 |
| 08/27/2021 | $190.00 | 6975233 | 09/07/2021 | $190.00 | 7299256 | 09/13/2021 | $190.00 | 6990367 |
| 09/17/2021 | $190.00 | 7314831 | 09/28/2021 | $190.00 | 7006386 | 10/04/2021 | $190.00 | 7330461 |
| 10/12/2021 | $190.00 | 7022169 | 10/18/2021 | $190.00 | 7345739 | 10/22/2021 | $190.00 | 7038399 |
| 11/01/2021 | $190.00 | 7361056 | 11/09/2021 | $190.00 | 7054654 | 11/22/2021 | $190.00 | HARRY MIL 76 |
| 11/22/2021 | $190.00 | 7070503 | 11/29/2021 | $190.00 | 7392873 | 12/13/2021 | $190.00 | 7407463 |
| 12/20/2021 | $190.00 | 7103243 | 12/21/2021 | $190.00 | 7086564 | 12/28/2021 | $190.00 | 7423858 |
| 01/04/2022 | $190.00 | 7438715 | 01/12/2022 | $190.00 | 7119884 | 01/19/2022 | $190.00 | 7133955 |
| 01/25/2022 | $190.00 | 7454967 | 02/01/2022 | $190.00 | 7148393 | 02/09/2022 | $190.00 | 7469136 |
| 02/16/2022 | $190.00 | 7164838 | 02/23/2022 | $190.00 | 7484388 | 02/25/2022 | $190.00 | 7180181 |
| 03/08/2022 | $190.00 | 7500857 | 03/11/2022 | $190.00 | 7197656 | 03/21/2022 | $190.00 | 7212961 |
| 03/25/2022 | $190.00 | 7517648 | 04/05/2022 | $190.00 | 7231334 | 04/08/2022 | $190.00 | 7535347 |
| 04/19/2022 | $190.00 | 7248494 | 04/25/2022 | $190.00 | 7553867 | 05/04/2022 | $190.00 | 7265909 |
| 05/06/2022 | $190.00 | 7571579 | 05/17/2022 | $190.00 | 7282937 | 05/20/2022 | $380.00 | 7588853 |

**Total Receipts for the Period:  $11,590.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $32,735.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $51.87 | $51.87 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $2.45 | $0.00 | $2.45 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 02U | Unsecured Creditors | $16,535.02 | $0.00 | $16,535.02 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $104.46 | $0.00 | $104.46 |
| 6 | GREGORY FUNDING LLC<br>»» 004 | Mortgage Arrears | $29,334.98 | $25,336.07 | $3,998.91 |

| | | | | | |
|---|---|---|---|---|---|
| 7 | US DEPARTMENT OF EDUCATION<br>»» 005 | Unsecured Creditors | $28,871.24 | $0.00 | $28,871.24 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $43.99 | $31.75 | $12.24 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $2,365.00 | $2,365.00 | $0.00 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |
| 9 | GREGORY FUNDING LLC<br>»» 04S | Secured Creditors | $5,636.10 | $623.68 | $5,012.42 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,735.00 | Current Monthly Payment: | $765.00 |
| Paid to Claims: | $28,408.37 | Arrearages: | $2,120.00 |
| Paid to Trustee: | $2,820.38 | Total Plan Base: | $45,565.00 |
| Funds on Hand: | $1,506.25 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.