# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-16645** |
| **Scott D Burnside** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| | |
| **Barclays Mortgage Trust 2021-NPL1,** : | |
| **Mortgage-Backed Securities, Series** : | **U.S. Bankruptcy Court** |
| **2021-NPL1, by U.S. Bank National** : | **900 Market Street, Suite 400, Courtroom #4** |
| **Association, as Indenture Trustee** : | **Philadelphia, PA, 19107** |
| **Movant** : | |
| : | |
| v. : | |
| : | |
| **Scott D Burnside** : | |
| **Sheila Hull Freeman** : | |
| **Scott F. Waterman, Trustee** : | |
| **Respondents** : | |

## ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee ("Creditor"), it is hereby **ORDERED** that the Automatic Stay and Co-Debtor Stay be and hereby are terminated as they affect the interest of Creditor in and to the property located at 6018 N Lambert Street, Philadelphia, PA 19138 and more particularly described in the Mortgage.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

**Date: October 4, 2022**

22-002398_JDD1