United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-16645-amc
Scott D Burnside  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 04, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott D Burnside, 6018 North Lambert Street, Philadelphia, PA 19138-2431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:

**Name**      **Email Address**

ADAM BRADLEY HALL
     on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

ERIK B. JENSEN
     on behalf of Debtor Scott D Burnside erik@jensenbagnatolaw.com
     jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEROME B. BLANK
     on behalf of Creditor New Residential Mortgage LLC jblank@avallonelaw.com

JEROME B. BLANK
     on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING jblank@avallonelaw.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 04, 2022 | Form ID: pdf900 | Total Noticed: 1

JOSHUA I. GOLDMAN
    on behalf of Creditor Of Sutton Funding  LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor New Residential Mortgage LLC tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-16645** |
| **Scott D Burnside** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * |
| | |
| **Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee** | : **U.S. Bankruptcy Court** |
| | : **900 Market Street, Suite 400, Courtroom #4** |
| | : **Philadelphia, PA, 19107** |
| **Movant** | : |
| **v.** | : |
| **Scott D Burnside** | : |
| **Sheila Hull Freeman** | : |
| **Scott F. Waterman, Trustee** | : |
| **Respondents** | : |

## ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee ("Creditor"), it is hereby **ORDERED** that the Automatic Stay and Co-Debtor Stay be and hereby are terminated as they affect the interest of Creditor in and to the property located at 6018 N Lambert Street, Philadelphia, PA 19138 and more particularly described in the Mortgage.

BY THE COURT

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

**Date: October 4, 2022**

22-002398_JDD1