United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott D Burnside  
    Debtor

Case No. 18-16645-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 19, 2022     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott D Burnside, 6018 North Lambert Street, Philadelphia, PA 19138-2431 |
| 14665010 | | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 14245790 | | DiTech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14245174 | | Ditech Financial LLC, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14208901 | + | Ditech Financial LLC, 3000 Bayport Drive Suite 880, Tampa, FL 33607-8409 |
| 14473895 | + | New Residential Mortgage LLC, c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14472506 | | New Residential Mortgage LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14208903 | + | Phelan Hallinan, 1617 JFK Blvd, Philadelphia, PA 19103-1821 |
| 14234341 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14235121 | + | Toyota Motor Credit Corp., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 20 2022 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14675727 | | Email/Text: amps@manleydeas.com | Oct 20 2022 00:09:00 | Barclays Mortgage Trust 2021-NPL1, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14304522 | | Email/Text: megan.harper@phila.gov | Oct 20 2022 00:09:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14400286 | ^ | MEBN | Oct 20 2022 00:06:06 | Ditech Financial LLC, c/o Krvin G. McDonald, Esq., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14208902 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 20 2022 00:09:00 | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 551268, Jacksonville, FL 32255-1268 |
| 14480886 | | Email/Text: mtgbk@shellpointmtg.com | Oct 20 2022 00:09:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, GREENVILLE, SC 29603-0826 |
| 14214861 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2022 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14208904 | | Email/Text: bankruptcy@rmscollects.com | Oct 20 2022 00:09:00 | Recmgmt Srvc, Attn: Bankruptcy, 4200 Cantera Drive, Suite 211, Warrenville, IL 60555 |
| 14208905 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2022 00:09:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14653393 | + | Email/Text: bkecf@padgettlawgroup.com | Oct 20 2022 00:09:00 | Sutton Funding LLC, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14208906 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2022 00:09:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14233384 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 20 2022 00:09:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14555506 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 00:21:19 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14208907 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 20 2022 00:09:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14290944 | | Email/Text: EDBKNotices@ecmc.org | Oct 20 2022 00:09:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14208908 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14208909 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14208910 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14208911 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14208912 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| ERIK B. JENSEN | on behalf of Debtor Scott D Burnside erik@jensenbagnatolaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 25 |

jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEROME B. BLANK
on behalf of Creditor New Residential Mortgage LLC jblank@avallonelaw.com

JEROME B. BLANK
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING jblank@avallonelaw.com

JOSHUA I. GOLDMAN
on behalf of Creditor Of Sutton Funding  LLC Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MARIO J. HANYON
on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com

THOMAS SONG
on behalf of Creditor New Residential Mortgage LLC tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    SCOTT D BURNSIDE

    Debtor

Chapter 13

Bankruptcy No. 18-16645-AMC

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 19, 2022**

ASHELY M. CHAN  
U.S. BANKRUPTCY JUDGE